REQUEST FOR COURT ACTION / DIRECTION

**08CRIM 380**

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office-5th Floor | OFFENSE: <u>Possession with Intent to Distribute Cocaine Base, 21 USC 84</u> |
| | | ORIGINAL SENTENCE: <u>Sixty three (63) months imprisonment followed by a Three (3) year term of Supervised Release.</u> |
| FROM: | Yvonne Rivera<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>The defendant shall participate in a program approved by th U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall contribute to the cost of services rendered in an amount to be determine by the probation officer based on ability to pay or the availability of third party payment. The defendant shall refrain from the use of alcohol and other intoxicants during and after treatment. The defendant shall participate in vocational and educational training.</u> |

RE:  ESPADA, Francisco
      Docket #: 2:02-CR-65-02

DATE OF SENTENCE:  June 30, 2003

DATE:  April 25, 2008

ATTACHMENTS:  PSI X     JUDGMENT X

REQUEST FOR:     COURT DIRECTION   X

---

### Request for Acceptance of Jurisdiction

On June 30, 2003 the above-mentioned individual was sentenced as outlined above in the District of Vermont, by the Honorable , William K. Sessions, Chief U.S. District Judge.

On April 24, 2008, we received a letter from the District of Vermont, advising that the Honorable William K. Sessions, Chief U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Espada's transfer to the Southern District of New York. At this time we

are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Yvonne Rivera
U.S. Probation Officer
212-805-5192

Approved By: _____  4/25/08
Avriel G. George                Date:
Supervising U.S. Probation Officer